IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTINA RINEHART, on Behalf of Herself
and Others Similarly Situated,

    Plaintiff,

vs.                                                        No. CIV 19-0898 JB/JFR

6001 INC., d/b/a TD'S SHOWCLUB, JAMES
ZANZUCCHI, TIMOTHY ZANZUCCHI, and
FRANK ZANZUCCHI,

    Defendants.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on the Plaintiff's Notice and Stipulation for Dismissal with Prejudice, filed November 30, 2021 (Doc. 34)("Notice"). In the Notice, Plaintiff Christina Rinehart states that the "parties hereby notify the court that the matter has been resolved," and alerts the Court that, pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, "this matter is voluntarily dismissed, *with prejudice*." Notice at 1 (emphasis in original). See Fed. R. Civ. P. 41(a). There not being any more parties, claims, or issues before the Court, the Court, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, enters Final Judgment. See Fed. R. Civ. P. 58(a).

    **IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel*:

David W. Hodges
Kennedy Hodges, L.L.P.
Houston, Texas

-- and --

Daniel M. Faber
Law Office of Daniel Faber
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Matthew J. Hoffer
Shafer & Associates, P.C.
Lansing, Michigan

    *Attorneys for the Defendants*